■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR SULLIVAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Corrierro, J.), rendered March 12, 1985, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, CPL 210.45 [5] [b]; *People v Friscia,* 51 NY2d 845; *People v Taranovich,* 37 NY2d 442). Mangano, J. P., Brown, Weinstein and Spatt, JJ., concur.